No. 436. SCHWARTZ ET AL. *v.* IRVING TRUST CO., TRUSTEE, ET AL. February 1, 1937. It is ordered that the third and fourth sentences of the opinion delivered in this cause on January 4, 1937, be amended to read as follows: "Their leases were rejected in a bankruptcy proceeding pending when the reorganization section was adopted. All of the leases contained indemnity covenants similar to that considered in No. 354." The petition for rehearing is denied.

No. —, original. TEXAS *v.* NEW YORK ET AL. February 1, 1937. Returns to rule to show cause presented.